IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:11CR274 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| FELICIANO MONTEJO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Detention Hearing and Reconsideration of Detention Order (#10) and Motion for Detention Hearing and Reconsideration of Detention Order (#23). The motions are denied for the reasons set out in the court's August 26, 2011 Order of Detention (#13). Additionally, it should be noted the August 26, 2011 Pretrial Services report of the defendant contains not only an Immigration Detainer-Notice of Action that names the defendant, but two prior failures to appear (Longview, Texas-2004; Omaha, Nebraska-2006).

**IT IS ORDERED:**

1. The defendant's motions for review of detention (#10) and (#23) are denied without hearing.

Dated this 5th day of October 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge